IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06- 65 |
| ) | |
| WILLIAM KURTIS PARSON and ) | |
| DAMIAN L. CUFFY ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until further order of the Court, with the exception that the United States Marshal Service may be provided access to the file for purposes of placing the warrant on NCIC and otherwise locating and arresting the defendants.

COLM F. CONNOLLY
United States Attorney

Dated: 6-6-06

BY: _____

Edmond Falgowski
Assistant United States Attorney

**AND NOW**, to wit, this __6__ day of __June__, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further order of the Court, subject to the above reference exception regarding the United States Marshal Service.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE