IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-65 |
| ) | |
| WILLIAM KURTIS PARSON and ) | |
| DAMIAN L. CUFFY, ) | |
| ) | |
| Defendants. ) | |

REDACTED

FILED
JUN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about March 31, 2006, in the District of Delaware, William K. Parson, the defendant, knowingly did possess a firearm, that is, a .357 caliber revolver, manufactured by Rossi, Amadeo and Co., serial no. TG824942, which had been transported in interstate commerce to Delaware, having been convicted in Superior Court for New Castle County, Delaware, on or about April 22, 2005, of possession of a deadly weapon by a person prohibited, an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2

On or about March 31, 2006, in the District of Delaware, Damian L. Cuffy, the defendant, knowingly did possess a firearm, that is, a .357 caliber revolver, manufactured by Taurus, serial no. LL720560, which had been transported in interstate commerce to Delaware, having been convicted

in Superior Court for New Castle County, Delaware, on or about October 3, 2002, of reckless endangering first degree, an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 6-6-06



2