IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06- 65-1 |
| ) | |
| WILLIAM KURTIS PARSON, ) | |
| ) | |
| Defendant. ) | |

MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of the defendant, pursuant to an Indictment returned by the Federal Grand Jury on this date.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 6-6-06

AND NOW, this ___6___ day of ___June___, 2006, upon the foregoing Motion, IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of William Kurtis Parson.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge