*Filed in Court 6/16/06 

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-65-1 (UNA) |
| | ) | |
| WILLIAM KURTIS PARSON, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PARTIAL UNSEALING OF FILE AS TO DEFENDANT

Now comes the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, and respectfully requests that the Court partially unseal the file in this matter only with respect to the Above-named Defendant. Specifically, the government requests unsealing to the extent necessary to provide the Defendant with a redacted version of the Indictment showing the charge pending him, and to permit proceedings against him, while preserving under seal the portion of the file relating to the Defendant's co-Defendant, who remains at large.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Leonard P. Stark
Assistant United States Attorney

FILED
JUN 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

It is so ordered this 16 day of June 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Court Judge