✎AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE



UNITED STATES OF AMERICA

V.

WILLIAM KURTIS PARSON

## WARRANT FOR ARREST

Case Number:   CR 06-65-1-UNA

To: The United States Marshal
  and any Authorized United States Officer



SEALED  UNSEALED
6/23/06 KJK

YOU ARE HEREBY COMMANDED to arrest _____ WILLIAM KURTIS PARSON
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2)

PETER T. DALLEO
Name of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

6/6/2006 AT  WILMINGTON, DE
Date and Location

FILED

JUN 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

William Kurtis Parson

| DATE RECEIVED 6/12/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/16/06 | Toby M. Conrad  DUSM | |