IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-65-1 GMS |
| | : |
| WILLIAM KURTIS PARSON | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone scheduling conference regarding the above-named defendant is scheduled for **Monday, October 30, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. Counsel for the government is directed to arrange and initiate the conference call.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 11, 2006