IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WILLIAM KURTIS PARSON )<br>)<br>Defendant. ) | Criminal Action No. 06-65-01-GMS |

## ORDER

WHEREAS, the United States has requested that the Court postpone indefinitely the suppression hearing and trial, as the defendant has accepted an offer from the U.S. Attorney's Office to enter a guilty plea to a felony in Superior Court for Kent County, Delaware; and

WHEREAS, the defendant has no objection to and is in agreement with the motion; and

WHEREAS, under the Speedy Trial Act the parties waive the relevant period of delay,

IT IS ORDERED this 22nd day of Nov., 2006, that the Court will postpone indefinitely the suppression hearing and trial; and

**IT IS FURTHER ORDERED** that the United States will provide the Court with monthly status reports commencing no later than 30 days from the date of this Order; and

**IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. §§ 3161(h)(1)(I) and (8)(A), that the delay resulting from this Order is excludable in computing the time within which the defendant's trial must be commenced under the Speedy Trial Act.

Honorable Gregory M. Sleet
United States District Court

FILED
NOV 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE