

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building  
1007 Orange Street, Suite 700  
P.O. Box 2046  
Wilmington, Delaware 19899-2046

(302) 573-6277  
FAX (302) 573-6220

December 21, 2006

Honorable Gregory M. Sleet  
United States District Court  
J. Caleb Boggs Federal Building  
844 King Street  
Wilmington, Delaware  19801

   Re: **United States v. William Parson**
       **Criminal Action No. 06-65-GMS**

Dear Judge Sleet:

   This letter is submitted as a status report.

   Contact has been made with a State Assistant Public Defender and a State Deputy Attorney General to facilitate William Parson's guilty plea in Superior Court for Kent County to a one-count Information charging carrying a concealed deadly weapon. The parties expect that the guilty plea may be entered by Friday, December 22, 2006.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          By: _____
                                          Edmond Falgowski
                                          Assistant United States Attorney

pc:   Eleni Kousoulis, Esquire

EF:slb