IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-65-01 GMS |
| ) | |
| WILLIAM PARSON ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

**NOW COMES** the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and pursuant to its agreement with the defendant moves this Honorable Court to dismiss Count 1 of the Indictment, as the defendant has entered a guilty plea in Superior Court for Kent County, Delaware, to carrying concealed a deadly weapon.

Dated: 12-22-06

COLM F. CONNOLLY
United States Attorney

BY: 
Edmond Falgowksi
Assistant United States Attorney

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on December 22, 2006, I electronically filed the foregoing:

**MOTION AND ORDER TO DISMISS**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> 704 King Street, Suite 110
> Wilmington, Delaware 19801

*Theresa A. Jordan*