IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-65-01 GMS |
| WILLIAM PARSON | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and pursuant to its agreement with the defendant moves this Honorable Court to dismiss Count 1 of the Indictment, as the defendant has entered a guilty plea in Superior Court for Kent County, Delaware, to carrying concealed a deadly weapon.

COLM F. CONNOLLY
United States Attorney

Dated: 12-22-06

BY: _____
Edmond Falgowksi
Assistant United States Attorney

IT IS SO ORDERED this 28th day of _____, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court

FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE